**ECMC**

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

April 5, 2018

Clerk of U.S. Bankruptcy Court
Illinois Northern Bankruptcy Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Farooq Arain

BANKRUPTCY CASE#: 18-01408

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management Corp. (ECMC) for Claim #4 in the amount of $87653.46 filed on March 6, 2018. The claim was filed in error. Thank you for your cooperation in this matter.

If you have any further questions, you may contact me at (651) 221-0566 X 5027.

Sincerely,


/s/ Renee Staples
Operations Specialist Bankruptcy Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408