UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-01408
Farooq A Arain  )
  )  Chapter: 13
  )  Honorable Carol A. Doyle
  )
  )
Debtor(s)  )

## ORDER MODIFYING DEBTOR'S PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post confirmation to defer the current trustee default to the end of the Plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 07, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600